**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6038

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANTHONY GLENN SIMMONS,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (2:93-cr-00008-H-1)

Submitted:  June 7, 2010                    Decided:  June 22, 2010

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Glenn Simmons, Appellant Pro Se.  Jennifer P. May-Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Glenn Simmons appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Simmons, No. 2:93-cr-00008-H-1 (E.D.N.C. Dec. 5, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2